### 17086.  POWELL v. THE STATE.

BLOODWORTH, J.  1. The only special ground of the motion for a new trial is too indefinite to be considered. "Grounds of a motion for new trial should be complete within themselves." *Daniel* v. *Schwarzweiss*, 144 *Ga*. 81 (1) (86 S. E. 239).

2. There was some evidence to support the verdict, the trial judge approved it, and, no error of law having been committed on the trial, this court is powerless to interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 14, 1926.  REHEARING DENIED MAY 12, 1926.

Conviction of driving automobile while drunk; from city court of Wrightsville—Judge Blount.  December 5, 1925.

*J. L. Kent,* for plaintiff in error.

*J. Roy Rowland, solicitor,* contra.

Criminal Law, 17 C. J. p. 87, n. 44; p. 271, n. 41.